From: Mr. Donald Ray Sanders Sr. 175744
Attn: Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach Florida, 32117

3:22-cv-671-BJD-MCR

PROVIDED TO TOMOKA CORRECTIONAL INSTITUTION ON 6/13/22 FOR MAILING BY JD DRS

FILED 2022 JUN 15 AM 12:03 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE, FLORIDA

Maam/Sir, I'm writting to you at this time of my Incarceration, but know I am not Institutionalized and mean you know harm or any criminish problems or troubles, to the fact Also I'm not looking for or as for any advice, I got my mind made up to theres a motion or something I can add or explain to why have I allowed the supposely Status and limitations to expire; come to a end as I know that the criminal Highway Patrolman Root shall criminishly Look for A Loop Hole to cover up what she done to me of Racismness Hate Crime. I was hit by a car as a pedestrian and I suffer still with the mental disorders that It caused me, as I couldn't see pass all the modern Slavery I was put through from that injustice Patrolman Root put me through as I was you can say I was from the beginning of her criminal behaviors or attempting to cover up how I was lefted In the middle of the Highway for dead Like A dog or a Animal from the woody woods of the incident area or something. She coerced and fibercated the whole Incident of Attempted murder It was because she waited until she got right up to me before the attempt to Hit me and keep going, but she didn't know what to do

2 we after I attempted to jump over the car when I took flight she Hit breaks and the gas and if I would have tried to get up she would've ran slap over my entire Head, thats how she bursted my face **wide open** when she left the sceme of the criminal incident of her last attempt to kill me while I was under her car. And I speak now of known from the very beginning that the guy that later came to the sceme of the incident of Hit And Run that the Highway Patrolman Root **fabricate** for Him to be completely innocence of was not the Driver and it was a woman driving, because I was all up on the top of the red car looking at her evil criminal projectileousness of Attempted Murder in the 1st Degree, on that dark and unvisible Highway U.S.1. And as a animal or something they all (3 of them) **modified** the incident of attempted murder to he wasn't even issued a citation, they Also [get away with] I been serious mental ill for the past (3 in a half or more years) trying to recouperate for how I was cruelly punished by the (3/three) totally unusually and nothing of the sort that I was treated as of a animal lefted for dead in the Highway. Do come from A good man; but **women** as they (3/three) of My Black five Did; Don't matter. But the Heart matter and the matter is from the Heart that took place that Had A lot to do with me being Here years later as I suffer for months of the things that was needed for that when I was

Three ~~3 His by her Hit and Run, I was not in need~~
of any one thing At all.

The situation I was put in to endure **even**, still suffering from her criminal behavior that night. I am not again —— Asking for Any Advice, I am asking how do I obtain in **my complaint(s) of** 42 USC § 1983 my civil rights I was deprived of all this time I was incidently forced to by Her criminal behavior that she spread to the many other in the unwanted and unnecessary attempted of my life with God, for that I know for-sho that neither of the (3 three) Attend Church as I did of A change of my past life and still I go to Church here (they 3-three) still to day don't attend Church. And think they is going to get Away with (their) (criminish) Just because Patrolman Root's **wears** the symbol of the law and (they) monopolized the law to the fact that Pringle and sissom was fault free. And it was exercised by Root, to the fact that She believe she is impeccable totally free from flaw as irreproachable and is also implacable and not capable of being appeased, pacified, mitigated and changed by her evil wits of her Ill will-fullness. I need of asking will you please provide me with Any litigious prone to help me exhaust my remedies in my Civil Right complaint in the near U.S. ~~District~~ Court in the near future like yesterday. Your time and consideration would be highly Appreciated to the up most; the highest! So if you have any booklets or print outs Please

IV. Enclosed is All I Have At this Given Time, but know that the enclosed Docu- -ments States that I Failed as a Pedestrian to Yield to Traffic and she stated below on the Document that I was CRAWLING ON THE ROADWAY because when they; she the Highway Patrolman Root gotten to the Scene and my Name was Ran-NCIC" I was on Mental Health probation that only Stated Stemilated (Take Your Medication) that gave her the courage to monopolize that she the driver was not her but A Man that supposely came back after Hit and Run for 00:58:23 well enough time to criminally Change driver as they did for her insurance and all that Still I'm on my medication as I write this moment to know that I am a sole victim of injustice and they really think that I am Retarded and so slow that I am ignorance of the law thats not a excuse. And I'm not Attempting to Make Excuses In No Shape, form or fashion, I am to regain my Impunity and Live the Same Life My God Blessed Me with before the Insurance Company Also Exploited Me And My Mental Health Disorder At that time. Yes I Need Representation but My Attorney At this time Is My God Thats Real And Got Me Saughting Justice, for Me And Many Others the (3 three Criminals) that Think They Have Gotten Away with the Criminal Acts They Impacted My Life With, With the Life Time Injuries I sustained through out their evil wicked Willfullness Again I not Asking or Saughting Advice I Am Reaching Out for Knowledge of the Motion, Acknowledgement or Application I Suppose to File With/of My Civil Right Complaint of 42 U.S.C. §1983 Again your Time And Consideration will be Highly Appreciated to the up most...

Again, In This Way Please provide Me With the Letter(s) and Grievance(s) I provided you with as to obtain your; you alls Representation as Needed not Wanted..... DRS.